August Schieck, Appellant, *v.* Annie Donohue et al., Respondents.

*Schieck* v. *Donohue,* 77 App. Div. 321, appeal dismissed.
(Submitted February 9, 1903; decided February 17, 1903.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1902, which reversed an interlocutory judgment in favor of plaintiff sustaining a demurrer to the answer.

The motion was made upon the ground that the order of reversal was unanimous and not appealable to the Court of Appeals.

*J. Wilson Bryant* for motion.

*Peter Cook* opposed.

Motion granted, without costs.